---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Jeremiah Phillips LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Airline Coach Services, Inc.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-1941878** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**889 N. Douglass St., Suite 212**
**El Segundo, CA 90245**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**447 Sutter St. Ste 405, #11**
**San Francisco, CA 94108**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**303 Vintage Park Drive**
**Suite 220 San Mateo, CA 94404**
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **airlinecoach.com & zerotrans.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Jeremiah Phillips LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4855__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | **Central District** | When | **2/18/24** | Case number | **2:24-bk-11190-VZ** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor    **Jeremiah Phillips LLC**                                    Case number (*if known*) _____
                Name

**10. Are any bankruptcy cases
pending or being filed by a
business partner or an
affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1,
attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |

---

**11. Why is the case filed in
*this district?***

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
    preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or
have possession of any
real property or personal
property that needs
immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
   livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
                                Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency    _____
            Contact name    _____
            Phone    _____

---

███  **Statistical and administrative information**

**13. Debtor's estimation of
available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of
creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Jeremiah Phillips LLC**
          Name                                                      Case number (*if known*)

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor    **Jeremiah Phillips LLC**
　　　　　Name

Case number (*if known*)

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on _____
　　　　　　　　MM / DD / YYYY

X  _____
Signature of authorized representative of debtor

Title    **Managing Member** _____

**Alex Morrison**
Printed name

---

18. Signature of attorney    X  _____
　　　　　　　　　　　　　　Signature of attorney for debtor

Date  2/21/25
　　　MM / DD / YYYY

**Thomas B. Ure**
Printed name

**Ure Law Firm**
Firm name

**8280 Florence Avenue, Suite 200**
**Downey, CA 90240**
Number, Street, City, State & ZIP Code

Contact phone   **213-202-6070**　　　Email address   **tom@urelawfirm.com**

**170492 CA**
Bar number and State

Debtor   Jeremiah Phillips LLC                                             Case number (if known) _____
         Name

███   **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _2/19/25_
              MM / DD / YYYY

X _____                    **Alex Morrison**
  Signature of authorized representative of debtor    Printed name

Title   **Managing Member** _____


**18. Signature of attorney**   X _____          Date _____
                                  Signature of attorney for debtor              MM / DD / YYYY

**Thomas B. Ure** _____
Printed name

**Ure Law Firm** _____
Firm name

**8280 Florence Avenue, Suite 200**
**Downey, CA 90240** _____
Number, Street, City, State & ZIP Code

Contact phone   **213-202-6070**          Email address   **tom@urelawfirm.com**

**170492 CA** _____
Bar number and State

Fill in this information to identify the case:

Debtor name    Jeremiah Phillips LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ■  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ■  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ■  *Schedule H: Codebtors (Official Form 206H)*
- ■  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐  *Amended Schedule*
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐  *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **2/19/25**          x _____
                                   Signature of individual signing on behalf of debtor

                                   **Alex Morrison**
                                   Printed name

                                   **Managing Member**
                                   Position or relationship to debtor

Official Form 202                      Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Jeremiah Phillips LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express 115 W Towney Ridge Pkwy Sandy, UT 84070 | | Credit Card | Disputed | | | $246,257.67 |
| American Express 115 W Towne Ridge Pkwy Sandy, UT 84070 | | Business Line of Credit | Disputed | | | $51,901.26 |
| Credit Control LLC 330 Rider Trail S Suite 500 Earth City, MO 63045 | | Credit line | | | | $53,571.70 |
| EDD P. O. Box 826215 MIC3A Sacramento, CA 94230-6215 | | Taxes | | | | $64,005.03 |
| Forward Financing 53 State St., 20th Floor Boston, MA 02109 | | Loan | Disputed | | | $302,812.50 |
| Hugo Neu Kearny Development LLC 78 John Miller Way Kearny, NJ 07032 | | Unpaid Parking License Agreement for closed New Jersey location | Unliquidated Disputed | | | $1,106.28 |
| Insurance Company of the West c/o Wolkin Curran, LLP Attn: James D. Curran, Esq. 111 Maiden Lane, 6th Floor San Francisco, CA 94108 | | Claim after Final Audit for alleged unpaid Worker's Compensation Premiums | Disputed | | | $33,320.14 |

Debtor   **Jeremiah Phillips LLC**                                              Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **John-Patrick M. Fritz 2818 La Cienega Avenue Los Angeles, CA 90034** | | **Professional services as SubV Trustee in prior bankruptcy case** | | | | **$6,525.00** |
| **Malcolm Road Properties Attn:  Paul Choo 7111 Santa Monica Blvd., B167 Los Angeles, CA 90046** | | **Commercial Lease of 863 Malcolm Road, Burlingame, CA 94010 - $18,000.00 per month** | | | | **$0.00** |
| **Mercedes-Benz Financial Services c/o Cooksey, Toolen, Gage, Duffy Attn:  Kim Gage, Esq. 535 Anton Boulevard, Suite 1000 Costa Mesa, CA 92626-1977** | | **Debtor is in possession of shuttle buses owned by Mercedes-Benz Financial Services** | | | | **$0.00** |
| **Paul Choo 7111 Santa Monica Blvd., #B167 Los Angeles, CA 90046** | | **Promissory note related to purchase of business** | **Disputed** | | | **$110,000.00** |
| **Shuttle Bus Leasing 1863 Service Court Riverside, CA 92507** | | **Repossession** | **Disputed** | | | **$0.00** |
| **Smith Advance LLC 492 Cedar Ln Ste 535 Teaneck, NJ 07666** | | **Loan** | **Disputed** | | | **$236,420.00** |
| **T-Mobile Bankruptcy Team PO Box 53410 Bellevue, WA 98015-3410** | | | **Disputed** | | | **$5,488.06** |
| **True Business Funding LLC 301 Mill Rd., Ste U-5 Hewlett, NY 11557** | | **Loan** | | | | **$106,803.75** |
| **U.S. Small Business Administration Office of General Counsel 312 North Spring Street, 5th Floor Los Angeles, CA 90012** | | **90 days or less: Accounts receivable** | **Contingent** | **$500,000.00** | **$414,633.50** | **$85,366.50** |

Debtor   **Jeremiah Phillips LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Zeem Solutions, Inc 626 Isis Ave Inglewood, CA 90301** | | **Repossession** | **Disputed** | | | **$0.00** |

## United States Bankruptcy Court
### Central District of California

In re   Jeremiah Phillips LLC

Debtor(s)

Case No.

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   2/19/25

Signature _____
Alex Morrison

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **Chapter 11**
    **2:24-bk-11190-VZ**
    **Filed: 2/18/2024**
    **Dimissed: March 29, 2024**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **NONE.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **NONE.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **NONE.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Downey**_____, California.

Date: _____**2/19/25**_____

_____
Alex Morrison
Signature of Debtor 1


_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                              Page 1              **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name   **Jeremiah Phillips LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................... $    **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................ $    **970,683.96**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................... $    **970,683.96**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **500,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$    **1,218,211.39**

4.   **Total liabilities** .......................................................................................
   Lines 2 + 3a + 3b            $    **1,718,211.39**

| Fill in this information to identify the case: |
|---|
| Debtor name **Jeremiah Phillips LLC** |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) |

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Business Checking** | **0601** | **$33,298.93** |
| 3.2. | **Bank of San Francisco** | **Business Checking** | **4554** | **$1,075.48** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                              | $34,374.41 |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

Debtor    **Jeremiah Phillips LLC**                                   Case number *(If known)* _____
          Name

| 11a. 90 days old or less: | **414,633.50** | - | **0.00** = .... | **$414,633.50** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | **100,348.11** | - | **0.00** = .... | **$100,348.11** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

12.    **Total of Part 3.**                                                         | **$514,981.61** |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** **Misc furniture** | **Unknown** | **N/A** | **$25,000.00** |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** **Office equipment, computer and communication systems equipment, and software** | **Unknown** | **N/A** | **$10,000.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

| Debtor | **Jeremiah Phillips LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**43.** **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$35,000.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2008 New Flyer Low Floor**<br>**5FYC5FB198C033404** | Unknown | | $10,000.00 |
| 47.2. **2008 New Flyer Low Floor**<br>**5FYC5FB168C033392** | Unknown | | $10,000.00 |
| 47.3. **2020 Ford Escape**<br>**1FMCU0G64LUA86255** | Unknown | Liquidation | $12,750.00 |
| 47.4. **2011 Ford E350**<br>**1FBSS3BL5BDA64336** | $0.00 | Liquidation | $1,833.00 |
| 47.5. **2017 Tesla Model 3**<br>**5YJ3E1EA9HF001523** | $0.00 | Liquidation | $21,900.00 |
| 47.6. **2 Bluebird Shuttle Buses leased by**<br>**Huntington Bank** | $0.00 | | $0.00 |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Tools and misc. equipment** | $0.00 | | $40,000.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$96,483.00

Debtor    **Jeremiah Phillips LLC**                                    Case number *(If known)* _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

       ■ No.  Go to Part 11.
       ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|--|--|-----------------------------------|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

       **ERC Tax Credit**                              Tax year ?                    $101,527.74

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership
       **Possible Claim against Brendon Riley and/ or Green
       Power for intentional interference with contractual
       advantage and other possible causes of action**                    $0.00

       **Texas Auto Insurance
       Premium Refund**                                                    $80,535.74

Debtor    **Jeremiah Phillips LLC**                                    Case number *(If known)* _____
   <span style="font-size:small">Name</span>

**Texas Insurance Comprehensive
Premium Refund**                                                                        $62,733.44

**Southwest Airlines
Accounts Receivables**                                                                  $45,048.02

78.    **Total of Part 11.**                                                    | $289,844.94 |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Jeremiah Phillips LLC**
_____    Case number *(If known)* _____
     Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $34,374.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $514,981.61 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $35,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $96,483.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $289,844.94 | |
| 91. **Total.** Add lines 80 through 90 for each column | $970,683.96 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $970,683.96 |

**Fill in this information to identify the case:**

Debtor name       __Jeremiah Phillips LLC__

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property            **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| | |
|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | |

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| | | |
|---|---|---|
| **2.1** **U.S. Small Business Administration**<br>Creditor's Name<br><br>**Office of General Counsel**<br>**312 North Spring Street, 5th Floor**<br>**Los Angeles, CA 90012**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**4/2022**<br>**Last 4 digits of account number**<br>**7407**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**90 days or less: Accounts receivable**<br>_____<br><br>**Describe the lien**<br>**EIDL**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500,000.00        $414,633.50 |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$500,000.00**

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name __**Jeremiah Phillips LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**American Express**<br>**115 W Towney Ridge Pkwy**<br>**Sandy, UT 84070**<br><br>Date(s) debt was incurred __**various**__<br>Last 4 digits of account number __**1007**__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __**Credit Card**__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$246,257.67** |
| **3.2** Nonpriority creditor's name and mailing address<br>**American Express**<br>**115 W Towne Ridge Pkwy**<br>**Sandy, UT 84070**<br><br>Date(s) debt was incurred __**12/29/2023**__<br>Last 4 digits of account number __**0775**__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __**Business Line of Credit**__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$51,901.26** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Credit Control LLC**<br>**330 Rider Trail S Suite 500**<br>**Earth City, MO 63045**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __**6755**__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __**Credit line**__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$53,571.70** |
| **3.4** Nonpriority creditor's name and mailing address<br>**EDD**<br>**P. O. Box 826215 MIC3A**<br>**Sacramento, CA 94230-6215**<br><br>Date(s) debt was incurred __**01/2024**__<br>Last 4 digits of account number __**3464**__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __**Taxes**__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$64,005.03** |

| Debtor | **Jeremiah Phillips LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$302,812.50** |
|---|---|---|---|

**Forward Financing**
**53 State St., 20th Floor**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/26/23**

Basis for the claim:  **Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,106.28** |
|---|---|---|---|

**Hugo Neu Kearny Development LLC**
**78 John Miller Way**
**Kearny, NJ 07032**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2/26/2024**

Basis for the claim:  **Unpaid Parking License Agreement for closed New Jersey location**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,320.14** |
|---|---|---|---|

**Insurance Company of the West**
**c/o Wolkin Curran, LLP**
**Attn:  James D. Curran, Esq.**
**111 Maiden Lane, 6th Floor**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Claim after Final Audit for alleged unpaid Worker's Compensation Premiums**

Last 4 digits of account number  **5481**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,525.00** |
|---|---|---|---|

**John-Patrick M. Fritz**
**2818 La Cienega Avenue**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2024**

Basis for the claim:  **Professional services as SubV Trustee in prior bankruptcy case**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Malcolm Road Properties**
**Attn:  Paul Choo**
**7111 Santa Monica Blvd., B167**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Commercial Lease of 863 Malcolm Road, Burlingame, CA 94010 - $18,000.00 per month**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mercedes-Benz Financial Services**
**c/o Cooksey, Toolen, Gage, Duffy**
**Attn:  Kim Gage, Esq.**
**535 Anton Boulevard, Suite 1000**
**Costa Mesa, CA 92626-1977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Debtor is in possession of shuttle buses owned by Mercedes-Benz Financial Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jeremiah Phillips LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110,000.00** |
|---|---|---|---|

**Paul Choo**
**7111 Santa Monica Blvd., #B167**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **7/5/2016**

Basis for the claim: **Promissory note related to purchase of business**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shuttle Bus Leasing**
**1863 Service Court**
**Riverside, CA 92507**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **04/30/2024**

Basis for the claim: **Repossession**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$236,420.00** |
|---|---|---|---|

**Smith Advance LLC**
**492 Cedar Ln Ste 535**
**Teaneck, NJ 07666**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **12/20/2023**

Basis for the claim: **Loan**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,488.06** |
|---|---|---|---|

**T-Mobile Bankruptcy Team**
**PO Box 53410**
**Bellevue, WA 98015-3410**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: ____

Last 4 digits of account number **8657**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$106,803.75** |
|---|---|---|---|

**True Business Funding LLC**
**301 Mill Rd., Ste U-5**
**Hewlett, NY 11557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/1/2024**

Basis for the claim: **Loan**

Last 4 digits of account number **7991**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zeem Solutions, Inc**
**626 Isis Ave**
**Inglewood, CA 90301**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **04/30/2024**

Basis for the claim: **Repossession**

Last 4 digits of account number **1191**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

Debtor   **Jeremiah Phillips LLC**
Name

Case number (if known)  _____

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $              **0.00** |
| **5b. Total claims from Part 2** | 5b.  + | $        **1,218,211.39** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $       **1,218,211.39** |

**Fill in this information to identify the case:**

Debtor name      **Jeremiah Phillips LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
     amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
       (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **Lease of office space located at 180 Promenade Circle, Suite 300, Sacramento, CA 96834 - $680.00 per month** |
|         State the term remaining | **07/01/2024 to 06/30/2025** |
|         List the contract number of any government contract | **Regus Buseinss Centre LLC**<br>**15305 Dallas Parkway, 12th Floor**<br>**Addison, TX 75001** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest | **889 N. Douglas St., Suites 212 & 214, El Segundo, CA 90245 - Lease $3,500.00 per month** |
|         State the term remaining | **Month to Month** |
|         List the contract number of any government contract | **Ruminate Douglas, LLC**<br>**c/o Chris Johnson**<br>**2108 N. St., Ste C**<br>**Sacramento, CA 95816** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest | **Lease of 5 Electric Transit Buses** |
|         State the term remaining | **40 months** |
|         List the contract number of any government contract | **San Joaquin Valley Equip. Leasing**<br>**c/o GreenPower Motor Company, Inc.**<br>**90 W. Poplar Ave.**<br>**Porterville, CA 93257** |

Debtor 1    **Jeremiah Phillips LLC**                                    Case number *(if known)* _____

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest      **Shuttle Bus lease** | |
|        State the term remaining | **The Hunington National Bank 11100 Wayzata Boulevard, Suite 700 Hopkins, MN 55305** |
|        List the contract number of any government contract | |
| 2.5.  State what the contract or lease is for and the nature of the debtor's interest      **Lease , monthly member fee under this Agreement ("Member Fee"), the sum of $695.00.** | |
|        State the term remaining      **Month to Month** | **WorkSpace Irvine, LLC 18012 Cowan, #200 Office #233 Irvine, CA 92614** |
|        List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name          **Jeremiah Phillips LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | _____ City          State          Zip Code | | | |
| 2.2 _____ | _____ Street | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | _____ City          State          Zip Code | | | |
| 2.3 _____ | _____ Street | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | _____ City          State          Zip Code | | | |
| 2.4 _____ | _____ Street | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | _____ City          State          Zip Code | | | |

---

**Fill in this information to identify the case:**

Debtor name  **Jeremiah Phillips LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

---

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ☑ Operating a business<br>☐ Other _____ | **$821,461.42** |
   | **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ☑ Operating a business<br>☐ Other _____ | **$11,675,830.95** |
   | **For the fiscal year:**<br>From  **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>☐ Other _____ | **$11,862,481.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Debtor    **Jeremiah Phillips LLC**                                  Case number *(if known)* _____

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **San Joaquin Valley Equip. Leasing c/o GreenPower Motor Company, Inc. 90 W. Poplar Ave. Porterville, CA 93257** | **2021 Green Power EV250 1GPTH2EG5MP492003** | **5/16/2024** | **$0.00** |
| **San Joaquin Valley Equip. Leasing c/o GreenPower Motor Company, Inc. 90 W. Poplar Ave. Porterville, CA 93257** | **2021 Green Power EV250 1GPTH2EG7MP492004** | **5/16/2024** | **$0.00** |
| **San Joaquin Valley Equip. Leasing c/o GreenPower Motor Company, Inc. 90 W. Poplar Ave. Porterville, CA 93257** | **2021 Green Power EV250 1GPTH2EG9MP492005** | **5/16/2024** | **$0.00** |
| **San Joaquin Valley Equip. Leasing c/o GreenPower Motor Company, Inc. 90 W. Poplar Ave. Porterville, CA 93257** | **2021 Green Power EV250 1GPTH2EG0MP492006** | **5/16/2024** | **$0.00** |
| **San Joaquin Valley Equip. Leasing c/o GreenPower Motor Company, Inc. 90 W. Poplar Ave. Porterville, CA 93257** | **2021 Green Power EV250 1GPTH2EG2MP492007** | **5/16/2024** | **$0.00** |
| **San Joaquin Valley Equip. Leasing c/o GreenPower Motor Company, Inc. 90 W. Poplar Ave. Porterville, CA 93257** | **2021 Green Power EV250 1GPTP1DH8JP492015** | **5/16/2024** | **$0.00** |
| **Wells Fargo Equipment Financing c/o Wells Fargo Equipment Finance, Inc. P. O. Box 8588178 Minneapolis, MN 55485-8178** | **4 Bluebirds for signature financing** | **4/30/2024** | **$75,000.00** |
| **Flagstar/Signature c/o Signature Financial P. O. Box 71278 Philadelphia, PA 19176-6278** | **3 bluebirds for wells Fargo** | **4/30/2024** | **$0.00** |

| Debtor | **Jeremiah Phillips LLC** | Case number *(if known)* |
|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor  **Jeremiah Phillips LLC**                                    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ure Law Firm**<br>**8280 Florence Avnue**<br>**Suite 200**<br>**Downey, CA 90240** | | **12/13/2024** | **$27,500.00** |
| | **Email or website address**<br>**urelawfirm.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Debtor** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankrupties**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Debtor    **Jeremiah Phillips LLC**                                   Case number *(if known)* _____

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

      ☐ No Go to Part 10.
      ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **ADP 401k** | EIN: **81-1941878** |

      Has the plan been terminated?
      ☑ No
      ☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor    **Jeremiah Phillips LLC**                                    Case number *(if known)* _____

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No.
☑ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Insurance Company of the West v.**<br>**Jeremiah Phillips, LLC, et al.**<br>**23-CIV-05481** | **Superior Court of California**<br>**County of San Mateo**<br>**400 County Center**<br>**Redwood City, CA 94063** | **Judgement** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

---

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **6**

Debtor    **Jeremiah Phillips LLC**    Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **System29**<br>**303 Vintage Park Drive, Suite 220**<br>**Foster City, CA 94404** | **ongoing** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **LGP, CPAs**<br>**2004 W Sunset Rd**<br>**Suite 120**<br>**Henderson, NV 89014** | **ongoing** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor    **Jeremiah Phillips LLC**                                        Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Alex Morrison | 6915 N. Tierno Ln<br>Los Angeles, CA 90038 | Managing Member | 67% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Charles Morrison | 10227 General Drive<br>Orlando, FL 32824 | Member | 15% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Carol Morrison | PO Box 1234<br>San Carlos, CA 94070 | Member | 18% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Debtor   **Jeremiah Phillips LLC** _____     Case number *(if known)* _____

---

**Part 14:**   Signature and Declaration

> **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
> 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     02/21/2025
_____

_____                           **Alex Morrison**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Managing Member** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **Jeremiah Phillips LLC** _____   Case No. _____

_____   Chapter   **11** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____   $   **27,500.00**

   Prior to the filing of this statement I have received _____   $   **27,500.00**

   Balance Due _____   $   **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____2/21/25_____
Date

Thomas B. Ure
*Signature of Attorney*
**Ure Law Firm**
**8280 Florence Avenue, Suite 200**
**Downey, CA 90240**
**213-202-6070   Fax: 213-202-6075**
**tom@urelawfirm.com**
*Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
Thomas B. Ure
8280 Florence Avenue, Suite 200
Downey, CA 90240
213-202-6070 Fax: 213-202-6075
California State Bar Number: 170482 CA
tom@urelawfirm.com

FOR COURT USE ONLY

☐ Debtor(s) appearing without an attorney
■ Attorney for Debtor

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

Jeremiah Phillips LLC

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _2/19/25_

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _2/21/25_

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    F 1007-1.MAILING.LIST.VERIFICATION

Jeremiah Phillips LLC
447 Sutter St. Ste 405, #11
San Francisco, CA 94108


Thomas B. Ure
Ure Law Firm
8280 Florence Avenue, Suite 200
Downey, CA 90240


American Express
115 W Towney Ridge Pkwy
Sandy, UT 84070


American Express
115 W Towne Ridge Pkwy
Sandy, UT 84070


Credit Control LLC
330 Rider Trail S Suite 500
Earth City, MO 63045


EDD
P. O. Box 826215 MIC3A
Sacramento, CA 94230-6215


Forward Financing
53 State St., 20th Floor
Boston, MA 02109


Hugo Neu Kearny Development LLC
78 John Miller Way
Kearny, NJ 07032

Insurance Company of the West
c/o Wolkin Curran, LLP
Attn: James D. Curran, Esq.
111 Maiden Lane, 6th Floor
San Francisco, CA 94108


John-Patrick M. Fritz
2818 La Cienega Avenue
Los Angeles, CA 90034


Malcolm Road Properties
Attn: Paul Choo
7111 Santa Monica Blvd., B167
Los Angeles, CA 90046


Mercedes-Benz Financial Services
c/o Cooksey, Toolen, Gage, Duffy
Attn: Kim Gage, Esq.
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-1977


Paul Choo
7111 Santa Monica Blvd., #B167
Los Angeles, CA 90046


Regus Buseinss Centre LLC
15305 Dallas Parkway, 12th Floor
Addison, TX 75001


Ruminate Douglas, LLC
c/o Chris Johnson
2108 N. St., Ste C
Sacramento, CA 95816


San Joaquin Valley Equip. Leasing
c/o GreenPower Motor Company, Inc.
90 W. Poplar Ave.
Porterville, CA 93257

Shuttle Bus Leasing
1863 Service Court
Riverside, CA 92507


Smith Advance LLC
492 Cedar Ln Ste 535
Teaneck, NJ 07666


T-Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-3410


The Hunington National Bank
11100 Wayzata Boulevard, Suite 700
Hopkins, MN 55305


True Business Funding LLC
301 Mill Rd., Ste U-5
Hewlett, NY 11557


U.S. Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012


WorkSpace Irvine, LLC
18012 Cowan, #200
Office #233
Irvine, CA 92614


Zeem Solutions, Inc
626 Isis Ave
Inglewood, CA 90301

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Thomas B. Ure**<br>**8280 Florence Avenue, Suite 200**<br>**Downey, CA 90240**<br>**213-202-6070 Fax: 213-202-6075**<br>California State Bar Number: **170492 CA**<br>tom@urelawfirm.com | |

☑ *Attorney for:* **Debtor**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>   **Jeremiah Phillips LLC**<br><br>                                          Debtor(s),<br><br>                                          Plaintiff(s),<br><br><br><br><br><br><br>                                          Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:  **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Thomas B. Ure**                                          , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.          I have personal knowledge of the matters set forth in this Statement because:
- ☐ I am the president or other officer or an authorized agent of the Debtor corporation
- ☐ I am a party to an adversary proceeding
- ☐ I am a party to a contested matter
- ☑ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
           *[For additional names, attach an addendum to this form.]*

b.    ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date    2/21/25

By: _____
       Signature of Debtor, or attorney for Debtor

Name:    **Thomas B. Ure** _____
           Printed name of Debtor, or attorney for
           Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                           **F 1007-4.CORP.OWNERSHIP.STMT**